Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Kali A. Green</u>                         Docket No. <u>1:21-MJ-142</u>

### Petition on Probation

COMES NOW <u>Eddie Lawrence</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Kali A. Green</u>, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>14th</u> day of <u>June, 2021</u>, who fixed the period of supervision at <u>one (1) year</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: <u>June 7, 2022 10:00am</u>

**ORDER OF COURT**

Considered and ordered this 9th day of May 2022 and ordered filed and made a part of the records in the above case.

/s/ JFA
John F. Anderson
United States Magistrate Judge

Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Eddie Lawrence  Digitally signed by Eddie Lawrence
Date: 2022.05.06 16:28:51 -04'00'

Eddie Lawrence
U.S. Probation Officer
Ph: (703) 299-2267
Place <u>Alexandria, Virginia</u>

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: GREEN, Kali A.

OFFENSE: Driving Under the Influence of Alcohol, in violation of 18 U.S.C. 13 assimilating VA Code 18.2-266(ii).

SENTENCE: One (1) year supervised probation and the following special conditions: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office; 2) commencing June 14, 2021 and continuing for one (1) year the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, and ASAP, (c) to and from Sunday church services with a schedule provided to and approved in advance by probation, and (d) to and from church activities with a schedule provided to and approved in advance by probation; 3) the defendant shall serve five (5) days in home confinement with electronic monitoring at a level the probation officer deems appropriate and with timeouts as directed; and, 4) the defendant shall pay a $250.00 fine and a $25.00 special assessment as to Court 2 to be paid by July 14, 2021.

ADJUSTMENT TO SUPERVISION: Ms. Green's overall level of compliance has vacillated between acceptable to poor compliance. Ms. Green has been employed full-time since September 2021 and resides with her parent in Fredericksburg, Virginia. Her 5-day term of home confinement was completed on July 1, 2021. All Court-ordered financial obligations were satisfied on July 2, 2021.

On July 23, 2021, Ms. Green received a substance abuse treatment assessment and a recommendation was made that she completes 24 weeks of outpatient group treatment and weekly individual treatment counseling.

On December 27, 2021, the Court reviewed a Violation Report requesting no formal Court action related to violations committed by Ms. Green. Her treatment sessions were extended to further assist in her rehabilitation. At the time of her April 26, 2022, arrest detailed below, Ms. Green had completed outpatient treatment and had one remaining individual session. Due to her new alleged violation conduct, Ms. Green's treatment sessions have once again been extended pending resolution of the outstanding charges.

Despite having a stable residence and being able to obtain gainful employment, Ms. Green has been either unwilling or unable to fully adopt a sober lifestyle. This is her second interaction with law enforcement while under supervision for alcohol-related behavior. Ms. Green was not forthcoming regarding her arrest by 1) not immediately contacting this officer after her release from jail, and 2) not disclosing her arrest when questioned by her probation officer on April 28, 2022.

Further, on May 2, 2022, Ms. Green's employment was terminated at the Sleep Inn Motel due to the nature and circumstances of her arrest.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:       COMMISSION OF A CRIME: PUBLIC INTOXICATION.**

On April 26, 2022, Kali A. Green was arrested and charged with Public Intoxication. According to the arresting officer, law enforcement responded to a radio call regarding a disturbance at the Sleep Inn Motel in Stafford County. Upon arrival, officers encountered the night clerk and recognized her to be in an

**Petition on Probation**
**Page 3**
**RE: GREEN, Kali A.**

extremely intoxicated state. She was subsequently identified as Kail Amanda Green. Upon questioning, she admitted to drinking alcohol. She was subsequently arrested and charged with Public Intoxication. She was released the following day, April 27, 2022, and the matter is scheduled to be heard on June 9, 2022 at 9:00 a.m. in the Stafford County General District Court (Case Number GC22004314-00).

In a subsequent conversation with the undersigned on April 28, 2022, the defendant admitted to having drank two cups of moonshine while performing her official duties as the hotel night clerk on April 26, 2022.

**MANDATORY CONDITION:    UNLAWFUL USE OF A CONTROLLED SUBSTANCE.**

On November 16, 2021, Kali A. Green verbally admitted to using marijuana on November 13, 2021.

**STANDARD CONDITION #13:    FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION.**

On November 16, 2021, Kali A. Green verbally admitted to drinking alcohol in excess from November 12, 2021 through November 17, 2021, in violation of program rules at Alliance Therapy Center, Inc.

On April 26, 2022, Kali A. Green was arrested by members the Stafford County Sheriff's Department and charged with Public Intoxication. During her encounter with law enforcement, Ms. Green verbally admitted to having consumed alcohol, in violation of program rules at Alliance Therapy Center, Inc.

EL/lmg/be